2015R00324/LJW/DCC/FJN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Criminal No. 15- 450 (SDW) |
| SAMUEL RAHAMIN TOPAZ | : 18 U.S.C. § 2339B |

## INFORMATION

The defendant having waived in court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least as early as October 2014 through at least as late as June 18, 2015, in Bergen County, in the District of New Jersey, and elsewhere, defendant,

**SAMUEL RAHAMIN TOPAZ**,

being a United States citizen, knowingly and unlawfully conspired with others to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, to a foreign terrorist organization, namely the Islamic State of Iraq and the Levant, knowing that the organization was a designated terrorist organization, and that the organization had engaged and was engaging in terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2339B(d).

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 2015R00324

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

SAMUEL RAHAMIN TOPAZ

# INFORMATION FOR

18 U.S.C. §§ 2339B(a)(1) & 2339B(d)

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

L. JUDSON WELLE
DENNIS C. CARLETTA
FRANCISCO J. NAVARRO
*ASSISTANT U.S. ATTORNEYS*
*(973) 645-2700*

USA-48AD 8
(Ed. 1/97)