UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 15-450 (SDW) |
| SAMUEL TOPAZ | : | |

SENTENCING SUBMISSION NOTICE

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant Samuel Topaz.

Respectfully submitted,

DATE:   April 27, 2018

CRAIG CARPENITO
United States Attorney

_____
By: Francisco J. Navarro
Assistant United States Attorney